■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES STANLEY, JR., Appellant. [610 NYS2d 906] —Judgment unanimously affirmed. Memorandum: The court properly denied defendant's motion for a mistrial based upon the failure of the People to include one of its witnesses on the list of witnesses provided to defense counsel prior to jury selection *(see, People v Miller,* 106 AD2d 787, 788). We reject defendant's contention that the photo array shown to the police witness was impermissibly suggestive *(see, People v Burns,* 186 AD2d 1015, *lv denied* 81 NY2d 837; *People v Hall,* 177 AD2d 951, *lv denied* 79 NY2d 948). Defendant's remaining arguments have not been preserved for our review *(see,* CPL 470.05 [2]) and we decline to address them in the interest of justice *(see,* CPL 470.15 [6]). (Appeal from Judgment of Wayne County Court, Strobridge, J.—Criminal Sale Controlled Substance, 3rd

Degree.) Present—Denman, P. J., Green, Balio, Lawton and Boehm, JJ.